Case: 1:25-mj-00219
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 9/12/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

### Background

1.      Members of the FBI's violent crimes task force, the Metropolitan Police Department's ("MPD") Carjacking Task Force, and Maryland law enforcement are investigating a series of carjackings, commercial robberies, and burglaries that occurred between November 2024, and September 11, 2025.

### The August 25, 2025 Carjacking

1.      On August 25, 2025, at 9:31 a.m., a call for service came into the Office of Unified Communications for a robbery that had just occurred at 1380 Peabody Street Northwest Washington, D.C. MPD Fourth District patrol units responded to the offense location and located the complainant, A.P., who was also the 911 caller. Officers conducted a preliminary investigation and determined that a robbery and theft one stolen auto had occurred. A Fourth District Detective was requested to the scene, Detective Boehler responded and continued the investigation.

2.      Detective Boehler interviewed A.P. with the assistance of Officer Rodriguez, as A.P. is a Spanish speaker. A.P. advised that on the morning of August 25, 2025, they parked their car, a silver 2021 Honda Pilot SUV with D.C. license plate JL-7207 on the east side of the 5900 block of 14th Street NW, Washington, D.C. The vehicle was parked approximately 30 feet south of the intersection of 14th Street NW and Peabody Street NW. A.P exited their vehicle and entered a walkway that led to the rear entrance of 1380 Peabody Street NW. As A.P. approached the rear of 1380 Peabody Street NW, they were approached from behind by two male suspects. Suspect-1 placed his hand over A.P.'s mouth and placed A.P.'s hands behind A.P.'s back. Suspect-2 proceeded to rummage through the contents of A.P.'s tote bag, which A.P. was carrying. Neither suspect said anything to A.P. during the commission of the offense, Suspect-2 removed A.P.'s wallet and vehicle

1

keys from the tote bag, at which point both suspects walked to A.P.'s vehicle and fled northbound in the vehicle.

3.      Inside of A.P.'s wallet was their identification card, 2 bank of America credit cards, one debit card, and medical documents. Following this incident, A.P. was notified by their bank of an unauthorized transaction at "COTTAGE CITY XTRA FUEL BRENTWOOD MD." Investigators located a convenience store with the name Xtra Mart located at 3556 Bladensburg Road, Brentwood, Maryland. However, the cameras at the convenience store were inoperable.

4.      Detective Rimel obtained video footage dated August 25, 2025, from a DDOT camera located at 14th Street NW and Fort Stevens Drive NW, which captures northbound traffic on 14th Street NW. During a review of that video, Detective Rimel observed a Silver Honda Pilot traveling northbound at 9:25 AM.

## The August 2025 Commercial Burglaries

Seafood in the Buff – August 25, 2025

5.      On August 26, 2025, at approximately 12:01 a.m., officers with the Montgomery County Police Department responded to Seafood in the Buff, located at 12132 Georgia Avenue, Silver Spring, Maryland, for a commercial burglary alarm. Upon arrival, officers observed that the front glass door to the business was broken.

6.      The store manager responded to the scene and reviewed surveillance video with officers.  Officers observed that on August 25, 2025, at approximately 11:51 p.m., a silver Honda Pilot with Washington D.C. registration JL7207, backed into a parking space in front of the restaurant.  The driver, later identified by Montgomery County Investigators as Trayvon SYKES, exited the vehicle.  SYKES was wearing black pants and a black shirt with a green pattern around

the shoulder area and forearm area. The passenger exited and stood near the vehicle and appeared to act as a lookout. The passenger was wearing all black clothing. SYKES approached the front of the restaurant and used a brick to break the glass door. SYKES entered the restaurant, went behind the counter, and pulled the cash register apart. SYKES took a black box and fled the scene. The stolen black box contained business paperwork, business supplies, and a checkbook.

7.    The silver Honda Pilot with D.C. registration JL7207 was reported stolen out of Washington D.C. on August 25, 2025, during a robbery.



**Figure 1 (left) – Surveillance video of the driver of the Honda Pilot inside Seafood in the Buff during the burglary.**

**Figure 2 – (right) The stolen Honda Pilot parked outside of Seafood in the Buff during the burglary.**

Prime Beer and Wine – August 27, 2025

8.    On August 27, 2025, at approximately 2:50 a.m., Montgomery County Police were dispatched to a burglary in progress at Prime Beer and Wine located at 12842 New Hampshire Avenue, Silver Spring, Maryland. The caller was the owner of Prime Beer and Wine and had

received a notification on his surveillance system that people were inside the store. The store owner advised police that he observed two black male suspects inside of his store, stealing items. The store owner added that suspects arrived in a silver-colored Honda Pilot with an unknown D.C. registration, which was parked in front of the store.

9.    Officers arrived on scene and observed that the front glass to the store was broken. Officers entered and cleared the store, noticing that it appeared that items had been tampered with inside the store. The store owner arrived on scene a short time later and confirmed that cash registers, cartons of cigarettes, packages of tobacco rolling papers and cigarillos had been stolen. Officers located a blue handled screwdriver inside the store that the owner advised did not belong to him. Detectives obtained video of a silver Honda Pilot arriving at approximately 2:44 a.m. and parking in front of the store. Two subjects in all black, wearing hooded jackets, face masks and gloves broke through the glass and entered the store. One suspect, later identified as Dominique BANKS, had black shoes with red soles and red heels. The other suspect had a dark jacket with a green pattern around the shoulder area and forearm area, was later identified as Trayvon SYKES. SYKES and BANKS stole tobacco papers, cash register drawers and a white bowl containing change from the store. Following the burglary, SYKES and BANKS entered the Honda Pilot and fled southbound on New Hampshire Avenue.

Biryani Joint Restaurant – August 27, 2025

10.    On August 27, 2025, at approximately 10:40 a.m., Montgomery County Police were dispatched to a burglary that occurred at Biryani Joint restaurant, located at 15504 Old Columbia Pike, Burtonsville, Maryland. The caller, the owner of Biryani Joint, informed police that he had arrived at his restaurant and found the front door damaged, and the front window destroyed. The store owner initially did not notice that any property was stolen.

11.     Detectives obtained video that showed two suspects arrive at approximately 2:06 a.m. and attempt to force entry through the front glass door. The suspects were unable to break the door. They then threw a red piece of concrete through the plate glass window. Two subjects in all black, wearing hooded jackets, face masks and gloves broke through the glass and entered the restaurant. One suspect, who was wearing black shoes with red soles and red heels, was later identified as Dominique BANKS. The other suspect, who was wearing a dark jacket with a green pattern around the shoulder area and forearm area, was later identified as Trayvon SYKES. BANKS picked up the piece of red concrete, took the cash register drawer from SYKES, and entered the back area of the restaurant.  BANKS then returned to the main area of the restaurant before going back to the back area of the restaurant.  When BANKS and SYKES left the restaurant, SYKES was carrying the red chunk of concrete.

El Manantial Latino Market – August 27, 2025

12.     On August 27, 2025, Montgomery County Police were dispatched to El Manantial Latino Market located at 15517 New Hampshire Avenue for a burglary that occurred earlier that same day. Upon arrival, officers met with the owner who advised that he arrived at the store around 8:00 a.m. and observed the front glass door was broken. The cash register at the front of the store and a bucket of coins had been stolen. The owner estimated that value of stolen cash and coins to be approximately $5,000.

13.     The owner reviewed surveillance video with the officers. During this review, officers observed that at approximately 2:18 a.m., a silver Honda Pilot drove through the parking lot and backed into a parking space near Andy's Beer and Wine at 15523 New Hampshire Avenue. The driver and the front passenger exited the vehicle and approached the El Manantial Latino Market. The driver was later identified as Trayvon SYKES, and the front passenger was later

identified as Dominique BANKS. SYKES was wearing black pants and a black shirt with a green pattern around the shoulder area and forearm area. This appeared to be the same shirt from the previous burglaries. BANKS was wearing all black clothing and black and red shoes. SYKES was holding a red brick paver which he used to break the glass door to the store. SYKES and BANKS then entered the store. At approximately 2:23 a.m., SYKES and BANKS exited the store and fled from the scene.

14.     Corporal Smith responded to Andy's Beer and Wine and reviewed the surveillance video. This showed the vehicle to be a silver Honda Pilot with Washington D.C. registration. This is consistent with the stolen vehicle that SYKES was driving during the previous August burglaries.

Peace of Crofton – August 28, 2025

15.     On August 28, 2025, at approximately 12:28 a.m., officers with the Anne Arundel County Police Department responded to Peace of Crofton, located at 1268 Crain Highway, Crofton, Maryland, in reference to a report of a commercial alarm. Upon arrival, officers observed that the front glass door of the business had been shattered. Officers made contact with the owner of the business, who responded to the scene and provided video surveillance footage of this incident. During that review, officers observed multiple unknown subjects force entry into the business. The owner reported that a black Omerta brand bag valued at approximately $130.00, a purple Ooze brand backpack valued at approximately $71.99, 3 packs of Bambu rolling paper valued at approximately $100.00, and approximately $160.00 in cash were stolen during the burglary.

16.     An Anne Arundel County Detective reviewed the surveillance video footage of the burglary and observed 3 subjects arrive and park a silver 2021 Honda Pilot displaying District of

6

Columbia registration JL7207 directly in front of the business at approximately 12:26 a.m. Upon arrival, the driver and the front seated passenger exited the 2021 Honda Pilot and approached the front glass door. The driver (Suspect-1) appeared to be an unknown black subject wearing a black ski-mask, distinct black/white designed sweatshirt, black Adidas brand pants, and black shoes with gray outlines around the front tongue area. The passenger (Suspect-2) appeared to be an unknown black subject wearing a black ski-mask, black Under Armor brand sweatshirt, black Under Armour brand pants, and black/red Jordan brand shoes. The passenger was also carrying a large tan colored bag. There was movement within the rear passenger side seats of the vehicle as well, which indicated a possible third occupant. Once the driver exited the vehicle. The drive walked out of camera view momentarily to pick up a large tan colored rock which they then threw at the front door of the business. After this, the subjects proceeded to hover behind the 2021 Honda Pilot to hide from sight as several unrelated vehicles traveled along Crain Highway. Once these unrelated vehicles passed, the driver continued throwing the rock at the front door causing the glass to shatter and the commercial alarm to activate. The subjects then entered the business and stole the aforementioned items before fleeing the scene in the 2021 Honda Pilot.

Verizon – August 28, 2025

      17.    On August 28, 2025, at approximately 01:00 a.m. officers with Prince George's County Police Department responded to the Verizon store, located 4 Watkins Park Drive, Upper Marlboro, Maryland, for a commercial property alarm. When officers arrived, they observed that side window of the Verizon store was broken. Officers then waited for the store manager to arrive at the store. Once the store manager arrived, he spoke to loss prevention. took an inventory of the store's merchandise and advised that the suspects stole 4 prepaid Verizon cellphones valued at

$600, 1 Fios internet router valued at $400, and 2 iPads valued at $500, for a total of $1,500 in stolen property.

18.    A Verizon loss prevention manager sent investigators video footage of the incident. During a review of that footage, investigators observed 2 male suspects entering the store by breaking through the side window. Suspect-1 was wearing all black face mask, black long sleeve jacket with white shoulder pads, all white forearms, black jogger pants with adidas logo in white, and black shoes. Suspect-2 was wearing all black face mask, black under armor shirt and pants with black and red Jordan shoes and a tan book bag. The suspects were observed running to the back of the store, returned to the front of the store with the stolen items, and fled the scene.

Royal Bagel Bakery – August 28, 2025

19.    On August 28, 2025, Montgomery County Police were dispatched to the Royal Bagel Bakery located at 3490 Olney Laytonsville Road, Olney, Maryland, for a burglary that occurred earlier that same day.  Upon arrival, officers met with the owner. The owner advised that an employee reported for work and discovered that the front window of the store had been broken, and two cash registers had been stolen.

20.    The owner reviewed surveillance video with officers, who observed that at approximately 1:49 a.m., a suspect, later identified as Trayvon SYKES, entered the restaurant through the broken front window. SYKES was wearing black pants and a black shirt with a green pattern around the shoulder area and forearm area, the same clothing that SYKES appeared to be wearing in the other August 2025 robberies. SYKES approached the front counter, rummaged through items, and attempted to open the two cash registers. SYKES then removed the cash registers and exited the business with them. The cash registers were valued at $600.00 and contained approximately $400.00 cash.

Arrest of SYKES, BANKS, and SUSPECT-4

21.     On August 28, 2025, at approximately 2:10 a.m., Montgomery County Police Sergeant Duggan was on patrol in the area of Georgia Avenue at Randolph Road. Sergeant Duggan observed a vehicle traveling without headlights on. This vehicle was a silver Honda Pilot with Washington D.C. registration JL7207. A traffic stop was initiated on southbound Colesville Road at University Boulevard. The Honda Pilot fled from officers. During the pursuit, the vehicle struck a pedestrian in the area of Fenton Street and Takoma Avenue. The vehicle also struck curbs during the pursuit which caused its tires to go flat. The vehicle became disabled and stopped on Piney Branch Road at Eastern Avenue, Washington, D.C. Four occupants fled from the vehicle and three of the four occupants were apprehended by police. The driver was identified as Travon SYKES. The front seat passenger was identified as Dominique BANKS. The rear passengers were both black females. One was identified as Suspect-4, and the other was not apprehended. SYKES, BANKS, and Suspect-4 were taken into custody in Washington, D.C. after fleeing from officers. They were each positively identified during their arrest and subsequent processing by MPD.

22.     Corporal Smith reviewed dashcam footage of the pursuit.  SYKES is wearing a black shirt when he initially runs from the vehicle.  The video quality is not sufficient to see the green pattern on the shirt. When SYKES was eventually taken into custody, he had discarded the black shirt and was shirtless.  SYKES was also wearing black Addidas brand pants and black shoes with gray outlines around the front tongue area.

23.     At the time of his arrest, Banks was wearing black pants and a black jacket. BANKS was wearing black and red Nike Air Jordan 13 Retro shoes which matched what he was wearing during the Prime Beer and Wine, Biryani Joint restaurant, and El Manantial Latino Market

9

burglaries. While attempting to flee from police, BANKS discarded what appeared to be the same tan colored bag that he was observed wearing during several of the robberies.

24.     Officers observed and photographed two cash registers that were in the passenger compartment of the stolen Honda Pilot with D.C. registration JL7207. Officers also observed tobacco rolling paper packs, rolled coins, a white bowl, and several blue handled screwdrivers. Corporal Smith showed photographs of these cash registers to Victim-5. Victim-5 confirmed that they were the two cash registers stolen during the Royal Bagel Bakery burglary.  Also located in the vehicle was a red brick paver. This was the same style brick that was used to break glass and force entry during the Seafood in the Buff, Prime Beer and Wine, and El Manantial Latino Market burglaries. The Royal Bagel Bakery and Biryani Joint restaurant surveillance video did not capture the glass being broken; however, the damage observed by officers is consistent with a brick being used. Corporal Putman showed Victim-2 photographs from the Honda Pilot.  Victim-2 positively identified the white bowl in the back of the Honda Pilot as the white bowl containing coins that was stolen from his store. Victim-2 positively identified the packages of Big Bambu and Backwoods tobacco rolling papers as having been stolen from his store.  Victim-2 also advised that the blue handled screwdriver found in his store was the same design as the blue handled screwdrivers that were photographed inside of the Honda Pilot.

25.     Corporal Putman and Sergeant Campbell responded to the Metropolitan Police Department Second District and interviewed Suspect-4 and BANKS.  Suspect-4 was advised of her Miranda rights and was interviewed. Suspect-4 stated she was speaking with an unidentified friend via Instagram who asked Suspect-4 if she wanted to go out "driving." Suspect-4 agreed to do so and was picked up by this unidentified friend in the 2021 Honda Pilot which was driven by 2 unknown male subjects wearing black clothing with ski-masks. Suspect-4 stated she had never

seen these 2 men prior to this incident. Suspect-4 stated the 2 men drove her and her friend around in the 2021 Honda Pilot as the men committed commercial burglaries at several locations. Suspect-4 stated she did not know specifically where these locations were but knew that they were far away. While they were driving around, the male suspects had Suspect-4 put addresses into her phone GPS and provide them with directions. At each location, Suspect-4 stated the male subjects exited the 2021 Honda Pilot to commit the commercial burglaries and placed stolen items into backpacks. After the robberies, the men loaded the backpacks inti the rear of the vehicle. Suspect-4 claimed she did not know exactly what types of businesses were targeted. Suspect-4 advised that one of the robberies was of a bakery, during which the males stole cash registers. Suspect-4 also admitted that she knew the 2021 Honda Pilot was a stolen vehicle because her friend told her so.

26.    Corporal Putman and Sergeant Campbell advised BANKS of his Miranda rights, and he was interviewed. BANKS advised detectives that he was in the silver Honda Pilot at the time of the pursuit and that he had been in that same silver Honda Pilot the previous day, August 27, 2025.

27.    On September 4, 2025, detectives from Washington DC, Montgomery County, Anne Arundel County, and Prince Georges County further searched the Honda Pilot. Prince Georges County detectives located items stolen from a burglary of the Verizon store, specifically, 4 Verizon prepaid cellphones and 1 FIOS internet router.  Montgomery County detectives located items that were stolen during burglaries committed the night of the pursuit as well as receipts from Seafood in the Buff, the Burglary that occurred on August 25, 2025.  Law enforcement did not locate the black box that was stolen from Seafood in the Buff that contained a checkbook and receipts. Anne Arundel County Detectives located merchandise stolen from two separate burglaries

that occurred on the night of the pursuit. Law enforcement also located backpacks inside of the Honda Pilot that were described by Suspect-4 during her interview.

28.     On August 28, 2025, SYKES, BANKS, and Suspect-4 were charged in D.C. Superior Court with Unauthorized Use of a Stolen Vehicle. All three defendants were released from custody pending trial following their initial appearances in court.

## The September 1, 2025 Carjacking

29.     On September 1, 2025, at approximately 10:40 p.m., MPD officers responded to the rear of 1309 Buchanan Street NW for a report of an armed carjacking. The complainant, M.C., reported to police that they were unloading groceries from their vehicle when they were approached by suspects who demanded their car keys. M.C. told police that one of the suspects, suspect-1, pointed a gun at M.C. and demanded that M.C. give up their car and keys. M.C. complied and the suspects fled in M.C.'s vehicle.

30.     M.C. was then interviewed by a detective and provided the following information. M.C. advised that prior to the carjacking they had just returned home from the Safeway supermarket and had parked their vehicle in the rear of 1309 Buchannan Street Northwest. As M.C. opened their door to exit their vehicle, M.C. observed Suspect-1 and Suspect-2 walking towards them. Suspect-1 immediately yelled "give me the key and get out the car" while walking towards M.C. As the suspects got closer, M.C. stated that Suspect-1 produced a black handgun, pointed it at them, and demanded their car keys. M.C. asked the suspects if they would allow M.C. to keep their purse because it contained medication. M.C. informed Detective Mendoza that as they were pleading with Suspect-1 to allow them to keep their purse, M.C. touched Suspect-1's chin and felt his goatee. M.C. complied with the suspects' demands and gave up their car keys. The suspects disregarded M.C.'s request to allow M.C. to keep their purse. Both suspects then got

inside the vehicle. Suspect-1 entered driver's side of M.C.'s vehicle and Suspect-2 entered the front passenger seat.

31.     M.C advised that they ran towards their house but were called back to the vehicle by Suspect-1 who had difficulty turning on M.C.'s hybrid vehicle. M.C. stated that Suspect-1 was confused because he did not hear the engine running and was unsure if the car was on. M.C. showed the suspects how to start the engine and the suspects then fled the area. M.C. knocked on the rear door to their home and one of M.C.'s family members exited the house out to assist M.C.

32.     Detective Mendoza interviewed M.C.'s family member ("Witness-1") about the incident. Witness-1 advised that following the carjacking they called 911 to inform police that they were tracking M.C.'s phone, which was still inside of M.C.'s stolen vehicle. While on the phone with the 911 operator, Witness-1 was voicing the direction of travel of M.C.'s vehicle. Witness-1 eventually located M.C.'s vehicle at the rear of 626 Jefferson Street NW. Witness-1 informed police of the vehicle's location and officers recovered the vehicle. Witness-1 then returned home and waited for police to arrive. Witness-1 provided police with surveillance video from the rear of M.C.'s home. Because that video is from a motion activated camera, it only partially captured the carjacking.

33.     A crime scene unit responded to the rear of 626 Jefferson Street NE to process M.C.'s vehicle. Detective Mendoza responded to the vehicle recovery location with M.C and Witness-1, who is the registered owner of this vehicle. M.C and Witness-1 both consented to an elimination buccal. M.C. inspected the car to determine which of their belongings had been stolen and advised that their black Guess bag containing medication, iPhone and a brown wallet were missing. M.C. agreed to keep their phone on for a few days to assist with the investigation.

34.     On Wednesday, September 2, 2025, your affiant responded to the scene to recanvas for additional cameras. Your affiant met with Witness-1, who confirmed the information provided in the initial police report. Witness-1 advised that from the time of the carjacked vehicle fled from M.C.'s home to the time it parked in the rear of 626 Jefferson Street NW, approximately five to seven minutes elapsed. Witness-1 added that they watched the direction of the vehicle's travel by tracking the movements of M.C.'s cell phone, which was taken by the suspects during the carjacking, and observed that that vehicle drove straight to 626 Jefferson Street NW.

Surveillance Video Review – 1309 Buchanan Street NW

35.     Your affiant reviewed surveillance video from the rear of the offense location, that had been provided by Witness-1. The camera captures the parking spot behind M.C.'s home where the carjacking occurred. The camera is motion activated and records audio.

36.     At 10:39 p.m., M.C. is visible on the ground behind Witness-1's vehicle. The passenger door is open and the front passenger's right leg is outside of the vehicle. At the same time there appears to be an individual moving along the rear driver's side of the vehicle who eventually enters the driver's door, as the vehicle's brake lights illuminate and the vehicle eventually flees the area.

37.     During this time there is an audio conversation between M.C. and the suspects. One of the suspects says, "come here, come here," to which M.C. responds, "I don't have a key." The suspect then says, "come here and cut the car on for us." There is additional dialogue prior to the suspects occupying the vehicle and fleeing the scene but what the suspect is saying is not clear.

38.     As the vehicle pulls off, M.C. calls out for Witness-1, who exits from the rear of the residence. Witness-1 runs toward where the vehicle is fleeing the alley, but is held back by M.C. who states, "No, they have guns."

39.     Witness-1 then reenters the residence and comes back with an unknown black object in his right hand as he runs towards the rear alley where the suspects had fled in the vehicle.

Surveillance Video Review – 1307 Buchanan Street NW

40.     Your affiant reviewed surveillance video from a camera affixed to the rear of 1307 Buchanan Street NW. The camera faces the rear alley behind 1307 Buchanan Street NW. 1309 Buchanan Street is located on the lefthand side of the video frame.

41.     At 10:36 p.m., vehicle head lights are visible in the rear alley of the 1300 block of Buchanan Street NW. Based on your affiant's recanvas of the scene, it is believed that the vehicle headlights belong to M.C.'s vehicle and are visible while M.C. is parking prior to the carjacking.

42.     At 10:37 p.m., the vehicle head lights turn off and two suspects are observed crouching behind trash cans in the alley behind the residence. One suspect stands up with their arms in a shooting position and runs in the direction of M.C. and M.C.'s vehicle. This first suspect is followed by a second taller suspect and a third shorter suspect.

43.     As the second and third suspects approach the rear of M.C.'s home where M.C. was carjacking, a woman can be heard screaming. The second and third suspect are visible on the passenger side of M.C.'s vehicle while a fourth individual is visible by the trashcans in the alley. The fourth individual does not approach the rear of M.C.'s home where the carjacking occurred. It is unclear at this time if this fourth individual was a participant in the carjacking.

Surveillance Video Review – 7th and Jefferson Street NW

44.     On September 2, 2025, Detective Rimel and your affiant responded to the vehicle recovery location to canvass for additional video. Detectives located an MPDC CCTV camera affixed to a pole at the intersection of 7th Street NW and Jefferson Street NW. Your affiant requested footage from this camera dated September 1, 2025, from 22:30-23:00 hours.

45.    Your affiant reviewed video from Camera 4, which faces the east and captures the 600 block of Jefferson Street NW. At 10:45 p.m., three individuals appear from the fenced in yard of 630 Jefferson Street NW. The three suspects appear to be walking away from the rear alley behind Jefferson Street NW here M.C.'s vehicle was recovered by police a short time later. This is the same location where Witness-1 advised police that he tracked the vehicle to approximately five to seven minutes after the carjacking. The three suspects then exit the front of 630 Jefferson Street NW and walk west on the sidewalk right underneath the CCTV camera.



**FIGURE 1: Image of the three suspects walking underneath the CCTV camera.**

46.    Suspect-1 appears to be an African American male, with short hair and a beard, wearing dark colored shoes and pants, a dark zip up top with a white shirt underneath, and some sort of strap across their chest. Suspect-1 appears to be carrying a purple bag in his left hand.

47.    Suspect-2 appears to be an African American male, shorter and lighter in complexion to that of Suspect-1, wearing all black clothing and black shoes with a white design.

48.    Suspect-3 appears to be an African American female wearing white and black shoes, black pants, and a black sweatshirt with large white writing on the back of the sweatshirt. The back of Suspect-3's sweatshirt is visible from Camera 3.

49.     Your affiant also reviewed footage from Camera 2, which faces a crosswalk between 7th Street NW and the 700 block of Jefferson Street NW. At 10:46 p.m., all three suspects are visible walking west on the south sidewalk of the 700 block of Jefferson Street NW. In the 700 block of Jefferson Street NW the suspects turn left and walk towards an apartment building. Your affiant observed this building during a second canvass of the vehicle recovery location. The apartment building is located at 710 Jefferson Street NW.

Surveillance Video Review – 710 Jefferson Street NW

50.     On September 4, 2025, your affiant responded to 710 Jefferson Street NW, and was provided access to the apartment building's surveillance camera system. The apartment building has two cameras, one on the exterior of the front door and one on the interior of the front door to the apartment building. Your affiant reviewed footage from both cameras.

51.     Video footage from the building's front exterior door camera on September 1, 2025, at 10:47 p.m., captured Suspect-1 approach the front the front door to 710 Jefferson Street NW, followed by Suspect-2 and Suspect-3. Suspect-2 then uses a key to unlock the front door. As Suspect-2 is unlocking the front door a tattoo is visible on his left hand. Also visible are Suspect-2's dread locks, which appear to be tucked into the back of his black jacket.

52.     Suspect-1 enters the building first and is wearing dark colored shoes with a black shiny trim design, dark blue pants, a black zip up jacket with a white t-shirt underneath, red/multicolored boxers, and a strap across his chest. Suspect-2 is wearing a black slim style bubble coat, a black hooded sweatshirt underneath the coat, black pants, and black and white Nike Air DT Max '96 shoes. Suspect-3 has red and black braids and is wearing a black hooded sweatshirt with a logo on the front, dark pants and black and white Vans sneakers.



**FIGURE 2 (left): Suspect-1 entering 710 Jefferson Street NW.**

**FIGURE 3 (middle): Suspect-2 entering 710 Jefferson Street NW.**

**FIGURE 4 (right): Suspect-3 entering 710 Jefferson Street NW.**

53.     Video footage from the building's lobby camera on September 1, 2025, at 10:47 p.m., captured Suspect-1, Suspect-2, and Suspect-3 walk up the stairwell and out of view of the camera. At 11:16 p.m., Suspect-1 and Suspect-2 come back into view of the camera as they walk down the stairs and exit the building's front door. Both suspects appear to have changed their clothing. Suspect-1 is wearing a white tank top, the same dark blue jeans, and the same black shoes with black shiny trim design. Suspect-2 is wearing light-colored high top shoes, light colored blue jeans, and his dread locks are now visible, extending down to his lower back. A tattoo on Suspect-2's left hand is also visible.



**FIGURE 5 (left): Suspect-1 in the lobby of 710 Jefferson Street NW.**

**FIGURE 6 (right): Suspect-2 in the lobby of 710 Jefferson Street NW.**

54.     At 11:16 p.m., Suspect-1 and Suspect-2 are visible on the building's exterior front camera exiting the building's front door. In the video, Suspect-2's left hand tattoo is more visible.



**FIGURE 7 – Suspect-2 exiting 710 Jefferson Street NW.**

55.     At 11:29 p.m., Suspect-1 and Suspect-2 return to 710 Jefferson Street NW, renter the building, and again go up the building's stairwell. Suspect-2 again uses keys to unlock the building front door even though there is a key fob system.



**FIGURE 8: Suspect-1 and Suspect-2 reentering 710 Jefferson Street NW.**

56.    Your affiant reviewed additional surveillance footage from the lobby of 710 Jefferson Street NW from earlier in the day on September 1, 2025. Your affiant observed Suspect-2 shirtless, wearing dark colored jogger style pants and slide style shoes. At 1:17 p.m., Suspect-2 walks to the basement level of the building carrying a black trash bag. Suspect-2 reappears without the trash bag, manipulating a cellphone.  Suspect-2's lefthand tattoo, as well as other tattoos, observed on surveillance footage after the carjacking are now visible, as well Suspect-2's dreadlocks.



**FIGURE 9: Suspect-2 inside the lobby of 710 Jefferson Street NW earlier in the day on September 1, 2025.**

57.     During this investigation, your affiant learned of the August 28, 2025 arrest of SYKES and BANKS, in connection with an Armed Robbery and the vehicle theft of the silver Honda Pilot that occurred on August 25, 2025.  Your affiant is aware that SYKES and BANKS, were released pending trial following their arrest. Your affiant is aware that BANKS provided pretrial services with a home address of ███████████████████████████████████

58.     Your affiant reviewed body-worn camera footage of the August 28, 2025, arrest of SYKES and BANKS. Your affiant compared images of SYKES and BANKS from their arrest on August 28th to surveillance video of the suspects involved in the September 1, 2025 carjacking of M.C.

59.     Below on the left is an arrest photo of Trayvon SYKES on August 28, 2025. Among the tattoos visible on the chest of Trayvon SYKES are the numbers '5202' on his upper left pectoral muscle. Below, in the image on the right, the same tattoo is visible on Suspect-1 while Suspect-1

is in the lobby of 710 Jefferson Street NW, following the carjacking. These two individuals appear to be the same person, Trayvon SYKES.

 

**FIGURE 10 (left): Arrest photo of SYKES on August 28, 2025.**
**FIGURE 11 (right): Image of Suspect-1 exiting 710 Jefferson Street NW after the carjacking on September 1, 2025.**

60.     Below on the left is a photograph of Dominique BANKS on August 28, 2025. Below on the right is a photograph of Suspect-2 outside of 710 Jefferson Street NW, following the carjacking. The individual in both images appears to have same widows peak, complexion, hairstyle, build, and facial hair. These two individuals appear to be the same person, Dominique BANKS.

 

**FIGURE 12 (left): Arrest photo of BANKS on August 28, 2025.**
**FIGURE 13 (right): Image of Suspect-2 entering 710 Jefferson Street NW after the carjacking on September 1, 2025.**

61.     Based on these image comparisons, your affiant submits that SYKES and BANKS

appear to be Suspect-1 and Suspect-2, respectively, in the September 1, 2025 carjacking.

### The September 2025 Robberies

Armed Robbery and Vehicle Theft - September 2, 2025

62.     On September 2, 2025, officers with the Hyattsville Police Department responded

to 6119 Northwest Drive, Hyattsville, Maryland, for a report of an armed robbery.  Upon arrival,

officers met with the complainant, M.M., who advised that they had parked their vehicle in the

3500 block of Dean Drive and were walking towards 6119 Northwest Drive when they were

approached by two suspects dressed in all black clothing and wearing black COVID-style masks.

One of the suspects pointed a handgun at M.M. and demanded M.M.'s property. M.M. complied

and handed over their wallet, cellphone, and car keys. The suspects then took M.M.'s vehicle, a

dark blue 2013 BMW 3209 bearing Florida registration Z251ZV.

63.     M.M. described Suspect-1 as a black male with a dark complexion, approximately

23-24 years old, approximately 5'09" to 5'11" in height, with a thin build, and wearing a black

hooded sweater, black Covid mask, and black jeans or cargo pants. Suspect-1 was armed with a

23

black handgun with a switch. M.M. described Suspect-2 as a black male with a lighter complexion, approximately 23 to 24 years old, approximately 5'10" to 5'11" in height, with a medium build, and wearing a black hooded sweater.

Party Time Beer and Wine – Commercial Robbery – September 3, 2025

64.    On September 3, 2025, at 4:34 p.m., Montgomery County Police 4th District officers responded to Party Time Beer & Wine at 11443 Georgia Ave, Wheaton, Montgomery County, Maryland 20902 for an armed robbery of the business that just occurred.

65.    Officers determined that on September 3, 2025, at approximately 4:28 p.m., two suspects parked a dark colored vehicle in front of the store.  The two suspects exited the vehicle and entered the store.  The suspect description below is based on what Victim-1 advised police and law enforcement's review of surveillance footage of the armed robbery that was provided by the manager.

66.    Suspect-1, was identified as a black male approximately 18-25 years old, 5'6'' with a thin build, wearing a black hoodie with the hood up on his head, a white shirt under the black hoodie, a black ski mask, black pants, light gray colored gloves, and armed with a black handgun that he was holding in his right hand.

67.    Suspect-2 was identified as a black male, approximately 18-25 years old, who was described as taller with a thin build, and was wearing a black Under Armour hoodie or zip up jacket with the Under Armour logo in white stitching on the upper left side of the chest with his hood on his head, black Under Armour pants with the Under Armour logo in white stitching on the upper right leg of the pants, a black ski mask, white socks and white and black shoes.

68.    Suspect-1 and Suspect-2 forced their way behind the counter and unlocked the cash registers. Suspect-1 and Suspect-2 removed approximately $300 in cash from the business cash

register and approximately $300 in cash from the lottery cash register.  Using his left hand, Suspect-1 grabbed Victim-1 by her neck and pushed her around behind the counter.  Suspect-1 pushed Victim-1 into the corner of the office area behind the counter and both Suspect-1 and Suspect-2 began to search the office area.  Suspect-2 located a blue SunTrust bank deposit bag containing $925 in cash, an unknown amount of nickels, dimes, and quarters that were still contained in white rolls from the bank, and Victim-1's black and white colored purse (unknown designer) valued at $500 which Victim-1 purchased in Spain.  Inside Victim-1's purse were personal documents, her Maryland driver's license, credit cards and an additional $400 in cash.

69.    Suspect-1 and Suspect-2 also took unknown amount of Bic cigarette lighters, and ten (10) cartons of Newport Cigarettes valued at $137 each ($1,370 total).  Most of those items were placed inside Victim-1's purse and then into a larger black and white reusable grocery style bag by Suspsect-2.  As both suspects were exiting from behind the counter, Suspect-1 pushed Victim-1 very hard causing, her to fall into a stack of empty boxes.  This push resulted in Victim-1 falling to the ground.  Suspect-1 and Suspect-2 fled out the front door and got into the dark colored vehicle that was parked out front.  Victim-1 advised that the vehicle had an unknown out of state registration plate.

70.    Just prior to the armed robbery call, Ofc. Wellen was on his way to an unrelated call for service when he received an Axon License Plate Reader (ALPR) hit for a stolen vehicle that had been taken in an armed robbery on September 2, 2025, from Hyattsville City in Prince George's County, Maryland.  When Ofc. Wellen received the ALPR hit, the vehicle was parked at Grandview Avenue and Kensington Boulevard, approximately 15 minutes prior to the armed robbery.  That location is directly across the street from Party Time Beer and Wine.  The vehicle was listed as a 2013 BMW 320 with a Florida registration of Z251ZV.  It's listed as dark blue in

color but also appears to be black in the ALPR pictures. Law enforcement reviewed the ALPR hit and confirmed the tag and vehicle to be the same as entered into NCIC.  Law enforcement was also provided surveillance video from the Montgomery County Police, Real Time Crime Center ("RTIC").  That video showed the dark colored BMW driving across Georgia Avenue around 4:26 p.m. and then pulling in front of the store.  The dark colored BMW then leaves the area immediately after the armed robbery, driving down Hickerson Drive.

71.    Montgomery County law enforcement later spoke with Det. Cpl. Cross and Det. Umanzor with Hyattsville City Police Department.  They confirmed that 2013 BMW 320 with Florida registration Z251ZV was taken after an armed robbery of a citizen who had just parked the vehicle and was walking to his house in the 6100 block of Northwest Drive in Hyattsville, Prince George's County, Maryland.  Detectives classified it as an armed robbery and vehicle theft instead of an armed carjacking due to the distance the victim was away from his vehicle when the armed robbery occurred.  The two suspects stole his wallet, cellphone and car keys.  The suspects in that case were two Black males, one of which was armed with a black handgun. Montgomery County law enforcement shared photographs and videos from the Party Time Beer and Wine armed robbery with Hyattsville detectives, who shared suspect photographs from their case.

72.    Law enforcement had the 2013 BMW 320 with Florida registration entered into NCIC as a felony vehicle for the Montgomery County case on September 3, 2025.

73.    On September 4, 2025, at approximately 6:50 p.m., Montgomery County law enforcement was contacted by the Anne Arundel County Police.  Anne Arundel County Police had stopped the stolen 2013 BMW with Florida registration Z251ZV.  Two suspects fled from the vehicle on foot and were not caught.  Three females who were in the backseat, were apprehended

nearby.  All three females had arrest warrants on unrelated matters.  Montgomery County law enforcement responded to assist in the investigation.

74.     Det. Wells responded to the intersection of Severn Tree Boulevard and Bent Bough Road in Severn, Anne Arundel County, Maryland.  Det. Wells was met by Sgt. M. Lerche #2197. Det. Wells learned that the vehicle was first observed at Arundel Mills Mall.  The Anne Arundel County Police Aviation Unit responded to assist.  While following the vehicle, three females exited at a red light.  The vehicle kept driving and later parked at the above location.  An Anne Arundel County Police Canine responded to assist in looking for the suspects.  Found along the canine track were the keys to the BMW and a pack of Newport cigarettes.  Both were later turned over to Det. Wells.  Also found on the ground outside the BMW 320 was a warning notice issued to the owner of the BMW, M.M.  That was also collected as evidence by Det. Wells. Det. Wells was also provided with a map of the canine track by Anne Arundel County Police.  Montgomery County law enforcement would later have Morton's Towing respond to the scene and tow the 2013 BMW 320 back to Montgomery County Police Headquarters for processing.  Det. Wells followed for chain of custody. Montgomery County law enforcement responded to the Anne Arundel County Jail to obtain the information of the females who were stopped in the BMW.  Their information is the following:

75.     Montgomery County law enforcement interviewed Suspect-1 at the Anne Arundel County Jail.  Suspect-1 was advised that she was not being charged for riding in the BMW she got out of today.  Montgomery County law enforcement did not ask her any questions about her arrest warrant as she said she had already spoken to Det. Cpl. Smith about it.  This was clearly a voluntary statement to the writer about the BMW car and who was driving it.  Suspect-1 advised Montgomery County law enforcement that she and the other two females were picked up in SE

Washington, DC earlier in the day.  The males drove them to Arundel Mills Mall, where the girls got out to use the bathroom.  The girls got back into the vehicle and the males in the front later told them to get out of the vehicle at the next red light as there was a helicopter following them. Suspect-1 said she did not know the names of the two black males who were in the front of the vehicle but described both as black males both ages 20 to 25 years old.  Suspect-1 advised the Montgomery County law enforcement that the two black males in the vehicle were the same two black males listed her in Montgomery County arrest warrant.  Montgomery County law enforcement read a copy of Suspect-1's arrest warrant while at the jail. Det. Cpl. S. Smith #2324 (MCPD 4D) listed the two males in Suspect-1's arrest warrant as Trayvon SYKES and Dominique BANKS. Further investigation by Montgomery County law enforcement found the suspects to be Trayvon Antonio SYKES, a black male with a date of birth of 11/12/1997 and Dominique BANKS, a black male with a date of birth of 01/23/1996.

Armed Carjacking – September 10, 2025

76.     On September 10, 2025, at approximately, 12:23 hours, officers and detectives with the Prince George's County Police department responded to 6919 18th Avenue, Hyattsville, Maryland, in reference to an armed carjacking. Officers contacted the victim who advised that he was in the driveway of his home when he was approached by two black males wearing all black clothing. The victim advised that one of the suspects produced a black handgun and made a statement that he did not understand. Upon seeing the handgun, the victim, being in fear for his life, immediately laid down on the ground. Suspect-1 and Suspect-2 went through the victim's pockets and took his wallet along with the keys to his gray 2020 Toyota Camry bearing Maryland registration 2EG8963 (VIN: 4T1331AK5LU540494). Suspect-1 and Suspect-2 entered the victim's vehicle and fled the neighborhood in an unknown direction making good on their escape.

77.     Law enforcement recovered surveillance video of the two suspects believed to be involved in the carjacking. That video captures the suspects wearing all black clothing and light blue surgical masks.



**Figure 14: Surveillance video of the two suspects believed to be involved in the September 10, 2025 carjacking.**

78.     Your affiant reviewed the surveillance video and observed that first suspect in the September 10 carjacking was wearing a dark colored sweatshirt and dark colored Nike shoes. As discussed below, following SYKES' arrest on September 11, 2025, SYKES was wearing shoes consistent with the dark colored Nike shoes worn by one of the suspects in the September 10 carjacking. Also as discussed below, during the execution of a search warrant at 710 Jefferson Street NW, Apt. 32, Washington, D.C., law enforcement recovered a dark colored hoodie consistent with the hoodie worn by the suspect wearing the dark colored Nike shoes during the September 10 carjacking.

79.     Your affiant reviewed the surveillance video and observed that the second suspect in the September 10 carjacking was wearing a black zip-up Under Armour hooded jacket and black

and white Nike Air DT Max '96 shoes. During the execution of the search warrant at 710 Jefferson Street NW, Apt. 32, Washington, D.C., law enforcement recovered a black zip-up Under Armour hooded jacket and black and white Nike Air DT Max '96 shoes. Both items appeared consistent with those worn by the second suspect in the September 10 carjacking.



**Figure 15: Surveillance video of the two suspects believed to be involved in the September 10, 2025 carjacking.**

Purple Line Convenience Store – Commercial Robbery – September 11, 2025

80.    The victim's vehicle was equipped with GPS tracking and Toyota informed officers with Prince George's County Police Department that at around 6:30 p.m. on September 10, 2025, the Toyota was parked in the 600 block of Orleans Place NE, Washington, D.C. After receiving this information from Toyota around 10:30 p.m. on September 10, law enforcement responded to the vehicle's location and began electronic surveillance of the vehicle. Around 8:00 a.m. on September 11, 2025, the vehicle left the location of Orleans Place NE and eventually stopped in the 800 block of Jefferson Street NW.

81.     Later in the morning of September 11, 2025, investigators with the Prince George's County Strategic Investigation Division Carjacking Interdiction Unit were conducting surveillance in the area of the 800 block of Jefferson Street NW, when they observed SYKES, BANKS, and a female walking in the 700 block of Jefferson Street NW. The female kept walking into the 800 block of Jefferson Street NW. SYKES and BANKS made a left onto 8th Street NW and entered the carjacked Toyota Camry. SYKES entered the driver's seat, and BANKS entered the front passenger seat. SYKES and BANKS then drove the carjacked vehicle into Montgomery County Maryland and parked in front of the Purple Line Convenience Store, located at 8742 Piney Branch Road, Silver Spring, Maryland.

82.     Investigators observed SYKES and BANKS enter the Purple Line Convenience Store where they remained for approximately a minute or two. Investigators then observed Sykes exit the store and get into driver's seat of the Camry. BANKS then exited the store and entered the front passenger seat. Investigators then saw the store clerk exit the store following behind SYKES and BANKS, who fled the area in the carjacked Toyota Camry. Investigators continued to surveil the carjacked vehicle, which eventually returned to the District of Columbia following the establishment robbery.

83.     Detectives with the Montgomery County Police Department interviewed the store clerk about the robbery and the clerk reported the following. The store clerk reported that he was mopping the floor away from the sales counter when he was punched in the side of the head and knocked to the ground. The clerk was able to get up and observed a suspect walking toward the cash register.  The clerk followed the suspect who punched him and observed a second suspect jump the sales counter.  Both suspects ordered the clerk to open the cash register.  The clerk advised he did not have the key and was unable to open the register.  The suspects located a key nearby,

opened the register, and removed approximately $702.00 in business proceeds. The suspects also stole 9 cartons of Parliament cigarettes (10 packs per carton) valued at $1,407.60, and $782.00 worth of Newport cigarette packs. The suspects then fled the store in a gray colored sedan. The clerk described both suspects as dark complexed black males, mid-20s, approximately 5'9" – 5'10" in height and wearing black hoodies, gloves and ski masks. The clerk advised that suspects were dressed in all black clothing. At the time of the robbery, store's video surveillance was not working.

84.     Following the robbery, law enforcement surveilled the carjacked Toyota Camry as it returned to the area of the 700 block of Jefferson Street NW. Law enforcement continued to surveil the vehicle and observed BANKS carrying a large black duffel bag from the carjacked vehicle into 710 Jefferson Street NW.

**Arrest of BANKS and SYKES – September 11, 2025**

85.     Officers with Prince George's County continued to conduct surveillance on the carjacked Toyota Camry throughout the day on September 11, 2025. As officers continued to surveil the vehicle, they determined that the vehicle left the District of Columbia and parked at 3901 Perry Street, Brentwood, Maryland. Officers observed that the vehicle was occupied by Suspect-4. Officers later observed Suspect-4 and BANKS walking in the 3900 block of Perry Street, at which time the officers placed BANKS under arrest.

86.     During a custodial interview with Suspect-4, law enforcement showed Suspect-4 a still image from surveillance video of the Party Time Wine and Beer commercial robbery that occurred on September 3, 2025. Suspect-4 identified the individual in the still image as BANKS.



**FIGURE 15: Still image of BANKS during the September 3, 2025, commercial robbery of Party Time Wine and Beer.**

87.      MPD officers and members of the FBI's Violent Crimes Taskforce responded to the 700 block of Jefferson Street NW to canvass for SYKES. While law enforcement agents were canvasing the area for SYKES, they observed SYKES standing in the 400 block of Kennedy Street NW. Law enforcement observed SYKES in the 400 block of Kennedy Street NW in possession of a green backpack and engaging in what appeared to be hand-to-hand transactions with unknown individuals. Defendant SYKES was stopped, positively identified by his true name, and placed under arrest. Law enforcement also seized the green backpack at the time of SYKES' arrest. Following a search of the green backpack, law enforcement observed 16 packs of Newport cigarettes. Your affiant is aware that packages of Newport cigarettes were stolen during the September 3 and September 11, 2025, commercial robberies. Law enforcement also observed a

33

blue surgical mask inside of the backpack. Video of the suspects in the September 10, 2025, carjacking captured the two suspects wearing light blue surgical masks.

88.    Following SYKES' arrest, law enforcement observed that SYKES was wearing shoes that were consistent with shoes SYKES wore during the September 1, 2025 carjacking. Accordingly, law enforcement seized SYKES' shoes as evidence.

89.    Law enforcement agents attempted to interview SYKES following his arrest. However, after SYKES was mirandized he invoked.

**Execution of Emergency Search Warrant at 710 Jefferson Street NW, Apt. 32, Washington, D.C. 20011**

90.    Following SYKES' arrest, law enforcement secured 710 Jefferson Street NW, Apt. 32 and obtained an emergency search warrant from the Superior Cout of the District of Columbia. Law enforcement executed that search warrant and recovered items including the following:

   a.    **A tan pair of Nike Jordans.** These shoes are consistent with the shoes worn by BANKS when he was observed on surveillance video exiting 710 Jefferson Street NW with SYKES, after they had changed clothing, following the September 1, 2025 carjacking.

   b.    **2 large trays of lighters.** These lighters are consistent with those taken during the September 3, 2025, commercial robbery of Party Time Beer & Wine.

   c.    **Multiple pairs of black and gray work gloves.** Theses gloves are consistent with those worn by the suspects in the September 3, 2025, commercial robbery of Party Time Beer & Wine. These gloves are also consistent with gloves recovered by law enforcement during the processing of the BMW that was used during the Party Time robberies.

d. **Black and white Nike Air DT Max '96 shoes.** These shoes are consistent with those worn by one of the suspects during the during the September 3, 2025, commercial robbery of Party Time Beer & Wine. These shoes are consistent with those worn by BANKS as he enters 710 Jefferson Street NW following the September 1, 2025, carjacking. And, these shoes are consistent with those worn by one of the suspects in the September 10, 2025, carjacking of the Toyota Camry.

e. **A black Under Armour jacket.** This jacket is consistent with that worn by one of the suspects during the September 10, 2025, carjacking of the Toyota Camry.

f. **A Samsung phone recovered from the right pocket of the black Under Armour jacket.** The Samsung phone is consistent with the phone that was stolen during September 10, 2025, carjacking of the Toyota Camry, and the September 11, 2025, establishment robbery of the Purple Line Convenience Store.

g. **Black Under Armour Pants.** BANKS consistently wore similar dark colored pants during the offenses under investigation.

h. **An Under Armour hooded sweatshirt**. This sweatshirt is consistent with the sweatshirt that BANKS was wearing when he entered 710 Jefferson Street NW, following the September 1, 2025, carjacking. During a custodial interview, BANKS identified himself in a still image from surveillance video of him using a key to enter 710 Jefferson Street NW following the September 1, 2025, carjacking. In that still image, BANKS appears to be wearing this same sweatshirt.

i. **A black backpack containing multiple rolls of coins**. These rolls of coins are consistent with those taken during the during the September 3, 2025, commercial robbery of Party Time Beer & Wine.

35

j.  **A black Nike hooded sweatshirt**. This sweatshirt is consistent with a sweatshirt worn by one of the suspects during the September 10, 2025, carjacking of the Toyota Camry. Your affiant submits that this sweatshirt is consistent with a suspect that your affiant believes to be SYKES based on the shoes the suspect was wearing which are consistent with those seized from SYKES at the time of his arrest.

k.  **Miscellaneous Tabacco products, including cartons of Newport cigarettes and rolling papers.** These are consistent with items stolen during the robberies under investigation, including the September 3, 2025, commercial robbery of Party Time Beer & Wine.

l.  **A black duffel bag.** This duffel bag is consistent with the duffel bag BANKS was carrying following the September 11, 2025, commercial robbery of the Purple Line Convenience Store. that was observed by investigators from the Prince George's County Police Department. The black duffel bag was located on a bed next to the miscellaneous Tabacco products and clothing referenced above.

m.  **A 9mm handgun magazine containing at least one live 9mm round of ammunition.**

## CONCLUSION

91.    Your affiant submits that based on the investigation discussed above, there is sufficient evidence to find probable cause that SYKES and BANKS were involved in the commission of the September 1, 2025, carjacking, in violation of 18 U.S.C § 2119 and 18 U.S.C. § 924(c). This is based on your affiant's interview with the complainant and Witness-1, as well as your affiant's review of surveillance video. As previously discussed, the complainant advised that she was approached by two male suspects who demanded her vehicle at gunpoint. The complaint

complied and the suspects took the complainant's vehicle. After a review of video footage, your affiant believes that three individuals then entered the complainant's vehicle prior to fleeing the location.

92.     Witness-1 tracked the location of the carjacked vehicle from the location of the carjacking to the location where the vehicle parked in an alley behind 626 Jefferson Street NW. Witness-1 advised that it took between 4 to 7 minutes for the carjacked vehicle to travel from the carjacking location to the alley behind 626 Jefferson Street NW. Based on your affiant's review of MPD CCTV footage, your affiant observed the suspects walking from the same alley—where the vehicle was tracked and recovered by law enforcement—at a time consistent with the timing described by Witness-1.

93.     Your affiant then observed the suspects enter 710 Jefferson Street NW on surveillance video. As discussed above, your affiant recognized BANKS, SYKES, and Suspect-3 on that surveillance video. Additionally, during a custodial interview BANKS identified himself in a still image from surveillance video of BANKS and SYKES entering 710 Jefferson Street NW after the carjacking. Additionally, in a still image from surveillance video of 710 Jefferson Street NW from later that same day, BANKS identified SYKES as someone he knows as "T".  In that same still image, distinctive tattoos are observed on SYKES that appear identical to those your affiant previously observed in a law enforcement photograph of SYKES. Law enforcement also recovered clothing consistent with that worn by SYKES and BANKS during the September 1 carjacking, while executing an emergency search warrant at 710 Jefferson Street NW, Apt. 32. Additionally, your affiant observed a blue bag being carried by SYKES as he was entering 710 Jefferson Street NW following the September 1 carjacking. A still image of that bag was shown to the complainant, who advised that the bag was consistent with a bag that was in her car during the

carjacking. During the execution of the search warrant at 710 Jefferson Street NW, Apt. 32, law enforcement observed a similar style and color bag in the same bedroom where the clothing and proceeds discussed above were recovered.

94.    Finally, your affiant is aware that the vehicle taken during the September 1, 2025, carjacking had been transported, shipped, or received in interstate commerce. The carjacked vehicle is a 2007 Lexus RX 400 that was manufactured outside of the District of Columbia.

95.    Accordingly, for the reasons discussed above, your affiant submits there is probable cause to believe that SYKES and BANKS violated 18 U.S.C § 2119 and 18 U.S.C. § 924(c).

Respectfully submitted,

Detective Thomas O'Donnell
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on September 12, 2025.

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE